JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STEVEN E. SEITZ (NYSBN 4408415)
Special Assistant United States Attorney

    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    Facsimile: (408) 535-5081
    steven.seitz@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00016 JF |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** STATUS |
| ) | ~~**SENTENCING HEARING; [PROPOSED]**~~ |
| v. ) | **ORDER** |
| ) | |
| PEDRO MARTINEZ-CASTRO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Tuesday, February 16, 2010 at 9:00 a.m., be continued to Thursday, March 11, 2010, at 9:00 a.m. The continuance is requested to allow additional time for defense investigation, as the defense has not yet received requested records regarding the defendant's priors. Additionally, counsel for

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 10-00016 JF                  1

1  both parties are involved in preparations for trial in another case set for February 23, 2010.

2      The parties further agree that time should be excluded under the Speedy Trial Act because
3  the ends of justice served by granting the requested continuance outweigh the interest of the
4  public and the defendant in a speedy trial.  The failure to grant the requested continuance would
5  deny defense counsel reasonable time necessary for effective preparation, taking into account the
6  exercise of due diligence, and would result in a miscarriage of justice.  The parties therefore
7  stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
8  (B)(iv).

9
10  Dated: 2/12/10                                                                /s/
                                                                   LARA S. VINNARD
                                                                   Assistant Federal Public Defender

11

12  Dated:
                                                                   STEVEN SEITZ
13                                                                     Special Assistant United States Attorney
//
14
15  //

16
//
17

18  //

19
//
20

21  //

22
//
23

24
//
25

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 10-00016 JF             2

**[PROPOSED] ORDER**

The parties have jointly requested a continuance of the hearing set for Tuesday, February 16, 2010,  allow time for the defense to complete investigation, and for continuity of counsel.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Tuesday, February 16, 2010 at 9:00 a.m., be continued to Thursday, March 11, 2010, at 9:00 a.m.

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from February 16, 2010 to March 11, 2010.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 3/3/10

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 10-00016 JF                    3